BANK OF NEW YORK MELLON, Formerly Known as THE BANK OF NEW YORK, as Trustee for CHASE MORTGAGE FINANCE TRUST SERIES 2006-S2, Appellant, v ARIF IZMIRLIGIL, Respondent, et al., Defendants.

Submitted March 20, 2017; decided March 30, 2017

Motion by respondent for the imposition of sanctions denied.

BANK OF NEW YORK MELLON, Formerly Known as THE BANK OF NEW YORK, as Trustee for CHASE MORTGAGE FINANCE TRUST SERIES 2006-S2, Appellant, v ARIF IZMIRLIGIL, Respondent, et al., Defendants.

Submitted March 20, 2017; decided March 30, 2017

Motion by appellant for permission to withdraw the appeal granted and appeal marked withdrawn.

THE BURLINGTON INSURANCE COMPANY, Appellant, v NYC TRANSIT AUTHORITY et al., Respondents.

Submitted March 27, 2017; decided March 30, 2017

Motion by Turner Construction Company for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

RUSSELL E. COOPER, Appellant, v JAMES E. PULLAR et al., Defendants, and FIRST NIAGARA BANK, N.A., Formerly Known as FIRST NIAGARA BANK, as Successor by Merger to HUDSON RIVER BANK AND TRUST, Respondent.

Submitted March 20, 2017; decided March 30, 2017

Motion for a stay dismissed as academic.